IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THEODORE BRACKENS<br>(Dallas Cty. Jail Bookin No. 17011300),<br><br>Plaintiff,<br><br>V.<br><br>NAVARRO COUNTY SHERIFF<br>DEPARTMENT, ET AL.,<br><br>Defendants. | §§§§§§§§§§§§ | No. 3:17-cv-1030-N |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of September, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTICT JUDGE